CLOSED, EFILE

# U.S. District Court
## District of Connecticut (New Haven)
## CIVIL DOCKET FOR CASE #: 3:05-cv-01401-SRU
### Internal Use Only

7:06 cv 3025 (CM)

Jewish Federation of Metropolitan Chicago v. Bayou Mgmt LLC et al
Assigned to: Judge Stefan R. Underhill
Cause: 28:1332 Diversity-Fraud

Date Filed: 09/02/2005
Jury Demand: Plaintiff
Nature of Suit: 370 Fraud or Truth-In-Lending
Jurisdiction: Diversity

**Plaintiff**

**Jewish Federation of Metropolitan Chicago**

MAY 1 0 2006

represented by **Jodi D. Luster**
Seyfarth Shaw - Boston MA
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210
617-946-4854
Fax: 617-790-5382
Email: jluster@seyfarth.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kent D.B. Sinclair**
Seyfarth Shaw
World Trade Center East
Two Seaport Lane
Suite 300
Boston, MA 02210-2028
617-946-4877
Fax: 617-946-4801
Email: ksinclair@seyfarth.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William L. Prickett**
Seyfarth Shaw - MA
World Trade Center East
Two Seaport Lane
Suite 300
Boston, MA 02210-2028
617-496-4800
Fax: 617-790-5366
Email: wprickett@seyfarth.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Bayou Mgmt LLC**

**Defendant**

**Samuel Israel, III.**

**Defendant**

**Daniel Marino**

**Defendant**

**Bayou Group LLC**

**Defendant**

**Bayou Securities LLC**

**Defendant**

**Bayou Advisors LLC**

**Defendant**

**Bayou Equities LLC**

**Defendant**

**Bayou Fund LLC**

**Defendant**

**Bayou Super Fund LLC**

**Defendant**

**Bayou No Leverage Fund LLC**

**Defendant**

**Bayou Affiliates Fund LLC**

**Defendant**

**Bayou Accredited Fund LLC**

**Defendant**

**Bayou Offshore Fund A Ltd**

**Defendant**

Bayou Offshore Fund B Ltd

**Defendant**

Bayou Offshore Fund C, Ltd

**Defendant**

Bayou Offshore Fund D, Ltd

**Defendant**

Bayou Offshore Fund E, Ltd

**Defendant**

Bayou Offshore Fund F, Ltd

**Defendant**

Bayou Offshore Master Fund Ltd

**Defendant**

1-25 Does

**Defendant**

Bayou Offshore Fund LLC

| Date Filed | # | Docket Text |
|---|---|---|
| 09/02/2005 | 1 | COMPLAINT against Bayou Equities LLC, Bayou Fund LLC, Bayou Super Fund LLC, Bayou No Leverage Fund LLC, Bayou Affiliates Fund LLC, Bayou Accredited Fund LLC, Bayou Offshore Fund LLC, Bayou Offshore Fund A Ltd, Bayou Offshore Fund B Ltd, Bayou Offshore Fund C, Ltd, Bayou Offshore Fund D, Ltd, Bayou Offshore Fund E, Ltd, Bayou Offshore Fund F, Ltd, Bayou Offshore Master Fund Ltd, 1-25 Does, Bayou Mgmt LLC, Samuel Israel, III, Daniel Marino, Bayou Group LLC, Bayou Securities LLC, Bayou Advisors LLC ( Filing fee $ 250 receipt number H16985.), filed by Jewish Federation of Metropolitan Chicago.(D'Onofrio, B.) Modified on 9/12/2005 (D'Onofrio, B.). (Entered: 09/06/2005) |
| 09/02/2005 | 2 | Order on Pretrial Deadlines: Motions to Dismiss due on 12/2/05. Amended Pleadings due by 11/1/2005. Discovery due by 3/4/2006. Dispositive Motions due by 4/3/2006. Signed by Clerk on 9/2/05. (D'Onofrio, B.) (Entered: 09/06/2005) |
| 09/02/2005 | 3 | ELECTRONIC FILING ORDER . Signed by Judge Stefan R. Underhill on 9/2/05. (D'Onofrio, B.) (Entered: 09/06/2005) |
| 09/02/2005 |   | Case Approved for E-Filing. (D'Onofrio, B.) (Entered: 09/06/2005) |
| 09/02/2005 | 4 | Corporate Disclosure Statement by Jewish Federation of Metropolitan Chicago. (D'Onofrio, B.) (Entered: 09/06/2005) |

| | | |
|---|---|---|
| 09/02/2005 | 5 | EXPARTE MOTION (with Proposed Order) by Jewish Federation of Metropolitan Chicago. (Attachments: # (1) Statement of Counsel re Service# (2) Memorandum in Support # (3) Exhibits)(D'Onofrio, B.) (Entered: 09/06/2005) |
| 09/02/2005 | 7 | Memorandum in Support re 6 MOTION to Expedite filed by Jewish Federation of Metropolitan Chicago. (D'Onofrio, B.) (Entered: 09/06/2005) |
| 09/06/2005 | 6 | MOTION For Expedited Discovery & MOTION For Preservation of Documents by Jewish Federation of Metropolitan Chicago.Responses due by 9/27/2005 (D'Onofrio, B.) (Entered: 09/06/2005) |
| 09/06/2005 | 8 | MOTION & Affidavit for Leave to Appear Pro Hac Vice Attorney William L. Prickett. Filing Fee $25.00. Receipt Number H16985. by Jewish Federation of Metropolitan Chicago. (D'Onofrio, B.) (Entered: 09/06/2005) |
| 09/06/2005 | 9 | MOTION & Affidavit for Leave to Appear Pro Hac Vice Attorney Jodi D. Luster. Filing Fee $25.00. Receipt Number H16985. by Jewish Federation of Metropolitan Chicago. (D'Onofrio, B.) (Entered: 09/06/2005) |
| 09/06/2005 |  | Summons Issued as to Bayou Equities LLC, Bayou Fund LLC, Bayou Super Fund LLC, Bayou No Leverage Fund LLC, Bayou Affiliates Fund LLC, Bayou Accredited Fund LLC, Bayou Offshore Fund LLC, Bayou Offshore Fund A Ltd, Bayou Offshore Fund B Ltd, Bayou Offshore Fund C, Ltd, Bayou Offshore Fund D, Ltd, Bayou Offshore Fund E, Ltd, Bayou Offshore Fund F, Ltd, Bayou Offshore Master Fund Ltd, Bayou Mgmt LLC, Samuel Israel, III, Daniel Marino, Bayou Group LLC, Bayou Securities LLC, Bayou Advisors LLC. (D'Onofrio, B.) Modified on 9/12/2005 (D'Onofrio, B.). (Entered: 09/06/2005) |
| 09/06/2005 | 10 | TEMPORARY RESTRAINING ORDER entered and shall remain in effect until 9/16/05 at 4:30 PM unless extended by the Court. ORDER TO SHOW CAUSE why Preliminary Injunction should not enter. Show Cause Hearing set for 9/16/2005, 04:00 PM in Courtroom One, 915 Lafayette Blvd., Bridgeport, CT before Judge Stefan R. Underhill. Service to be made by 9/12/05. Signed by Judge Stefan R. Underhill on 9/6/05. (Cody, C.) (Entered: 09/07/2005) |
| 09/06/2005 | 11 | RULING AND ORDER granting 6 Motion to Expedite Discovery, granting 6 Motion Motion For Preservation of Documents . Signed by Judge Stefan R. Underhill on 9/6/05. (Cody, C.) (Entered: 09/07/2005) |
| 09/07/2005 | 12 | NOTICE OF ELECTRONIC ORDER. THIS IS THE ONLY NOTICE THE COURT WILL ISSUE. Ordered Accordingly 8 Motion for William L. Prickett to Appear Pro Hac Vice, Ordered Accordingly 9 Motion for Jodi D. Luster to Appear Pro Hac Vice . Signed by Clerk on 9/7/2005. (D'Andrea, S.) (Entered: 09/07/2005) |
| 09/07/2005 |  | ***Attorney William L. Prickett for Jewish Federation of Metropolitan Chicago added. (Glynn, T.) (Entered: 09/09/2005) |

| | | |
|---|---|---|
| 09/07/2005 | | ***Attorney Jodi D. Luster for Jewish Federation of Metropolitan Chicago added. (Glynn, T.) (Entered: 09/09/2005) |
| 09/08/2005 | | Summons Issued as to Bayou Equities LLC, Bayou Fund LLC, Bayou Super Fund LLC, Bayou No Leverage Fund LLC, Bayou Affiliates Fund LLC, Bayou Accredited Fund LLC, Bayou Mgmt LLC, Bayou Offshore Fund LLC, Bayou Group LLC, Bayou Securities LLC, Bayou Advisors LLC. (Pesta, J.) (Entered: 09/08/2005) |
| 09/09/2005 | | Summons Reissued as to Bayou Offshore Master Fund Ltd. (Rodko, B.) (Entered: 09/09/2005) |
| 09/15/2005 | 13 | NOTICE by Jewish Federation of Metropolitan Chicago *of Bankruptcy Filing* (Sinclair, Kent) (Entered: 09/15/2005) |
| 09/16/2005 | 15 | Minute Entry for proceedings held before Judge Stefan R. Underhill : Motion Hearing held on 9/16/2005 re [5] EXPARTE MOTION filed by Jewish Federation of Metropolitan Chicago. (Court Reporter Catucci.) (Montz, A.) (Entered: 09/19/2005) |
| 09/16/2005 | 20 | SUMMONS Returned Executed by Jewish Federation of Metropolitan Chicago. Bayou Offshore Master Fund Ltd served on 9/9/2005, answer due 9/29/2005. (Simpson, T.) (Entered: 09/21/2005) |
| 09/16/2005 | 21 | SUMMONS Returned Executed by Jewish Federation of Metropolitan Chicago. Bayou Offshore Fund F, Ltd served on 9/9/2005, answer due 9/29/2005. (Simpson, T.) (Entered: 09/21/2005) |
| 09/16/2005 | 22 | SUMMONS Returned Executed by Jewish Federation of Metropolitan Chicago. Bayou Offshore Fund E, Ltd served on 9/9/2005, answer due 9/29/2005. (Simpson, T.) (Entered: 09/21/2005) |
| 09/16/2005 | 23 | SUMMONS Returned Executed by Jewish Federation of Metropolitan Chicago. Bayou Offshore Fund D, Ltd served on 9/9/2005, answer due 9/29/2005. (Simpson, T.) (Entered: 09/21/2005) |
| 09/16/2005 | 24 | SUMMONS Returned Executed by Jewish Federation of Metropolitan Chicago. Bayou Offshore Fund C, Ltd served on 9/9/2005, answer due 9/29/2005. (Simpson, T.) (Entered: 09/21/2005) |
| 09/16/2005 | 25 | SUMMONS Returned Executed by Jewish Federation of Metropolitan Chicago. Bayou Offshore Fund B Ltd served on 9/9/2005, answer due 9/29/2005. (Simpson, T.) (Entered: 09/21/2005) |
| 09/16/2005 | 26 | SUMMONS Returned Executed by Jewish Federation of Metropolitan Chicago. Bayou Offshore Fund A Ltd served on 9/9/2005, answer due 9/29/2005. (Simpson, T.) (Entered: 09/21/2005) |
| 09/16/2005 | 27 | SUMMONS Returned Executed by Jewish Federation of Metropolitan Chicago. Bayou Offshore Fund LLC served on 9/9/2005, answer due 9/29/2005. (Simpson, T.) (Entered: 09/22/2005) |

| | | |
|---|---|---|
| 09/16/2005 | 28 | SUMMONS Returned Executed by Jewish Federation of Metropolitan Chicago. (Simpson, T.) (Entered: 09/22/2005) |
| 09/16/2005 | 29 | SUMMONS Returned Executed by Jewish Federation of Metropolitan Chicago. Bayou Accredited Fund LLC served on 9/9/2005, answer due 9/29/2005. (Simpson, T.) (Entered: 09/22/2005) |
| 09/16/2005 | 30 | SUMMONS Returned Executed by Jewish Federation of Metropolitan Chicago. Bayou Accredited Fund LLC served on 9/9/05, answer due 9/29/2005 (Simpson, T.) (Entered: 09/22/2005) |
| 09/16/2005 | 31 | SUMMONS Returned Executed by Jewish Federation of Metropolitan Chicago. Bayou Securities LLC served on 9/9/2005, answer due 9/29/2005. (Simpson, T.) (Entered: 09/22/2005) |
| 09/16/2005 | 32 | SUMMONS Returned Executed by Jewish Federation of Metropolitan Chicago. Bayou Group LLC served on 9/9/2005, answer due 9/29/2005. (Simpson, T.) (Entered: 09/22/2005) |
| 09/16/2005 | 33 | SUMMONS Returned Executed by Jewish Federation of Metropolitan Chicago. Daniel Marino served on 9/9/2005, answer due 9/29/2005. (Simpson, T.) (Entered: 09/22/2005) |
| 09/16/2005 | 34 | SUMMONS Returned Executed by Jewish Federation of Metropolitan Chicago. Bayou Mgmt LLC served on 9/9/2005, answer due 9/29/2005. (Simpson, T.) (Entered: 09/22/2005) |
| 09/16/2005 | 35 | SUMMONS Returned Executed by Jewish Federation of Metropolitan Chicago. (Simpson, T.) (Entered: 09/22/2005) |
| 09/16/2005 | 36 | SUMMONS Returned Executed by Jewish Federation of Metropolitan Chicago. Bayou Advisors LLC served on 9/9/2005, answer due 9/29/2005. (Simpson, T.) (Entered: 09/22/2005) |
| 09/16/2005 | 37 | SUMMONS Returned Executed by Jewish Federation of Metropolitan Chicago. (Simpson, T.) (Entered: 09/22/2005) |
| 09/16/2005 | 38 | SUMMONS Returned Executed by Jewish Federation of Metropolitan Chicago. Bayou Equities LLC served on 9/9/2005, answer due 9/29/2005. (Simpson, T.) (Entered: 09/22/2005) |
| 09/16/2005 | 39 | SUMMONS Returned Executed by Jewish Federation of Metropolitan Chicago. (Simpson, T.) (Entered: 09/22/2005) |
| 09/16/2005 | 40 | SUMMONS Returned Executed by Jewish Federation of Metropolitan Chicago. Bayou Fund LLC served on 9/9/2005, answer due 9/29/2005. (Simpson, T.) (Entered: 09/22/2005) |
| 09/16/2005 | 41 | SUMMONS Returned Executed by Jewish Federation of Metropolitan Chicago. (Simpson, T.) (Entered: 09/22/2005) |
| 09/16/2005 | 42 | SUMMONS Returned Executed by Jewish Federation of Metropolitan Chicago. (Simpson, T.) (Entered: 09/23/2005) |

| | | |
|---|---|---|
| 09/16/2005 | 43 | SUMMONS Returned Executed by Jewish Federation of Metropolitan Chicago. Bayou Super Fund LLC served on 9/9/2005, answer due 9/29/2005. (Simpson, T.) (Entered: 09/23/2005) |
| 09/16/2005 | 44 | SUMMONS Returned Executed by Jewish Federation of Metropolitan Chicago. (Simpson, T.) (Entered: 09/23/2005) |
| 09/16/2005 | 45 | SUMMONS Returned Executed by Jewish Federation of Metropolitan Chicago. Bayou No Leverage Fund LLC served on 9/9/2005, answer due 9/29/2005. (Simpson, T.) (Entered: 09/23/2005) |
| 09/16/2005 | 46 | SUMMONS Returned Executed by Jewish Federation of Metropolitan Chicago. (Simpson, T.) (Entered: 09/23/2005) |
| 09/16/2005 | 47 | SUMMONS Returned Executed by Jewish Federation of Metropolitan Chicago. Bayou Affiliates Fund LLC served on 9/9/2005, answer due 9/29/2005. (Simpson, T.) (Entered: 09/23/2005) |
| 09/16/2005 | 48 | SUMMONS Returned Executed by Jewish Federation of Metropolitan Chicago. (Simpson, T.) (Entered: 09/23/2005) |
| 09/16/2005 | 49 | SUMMONS Returned Executed by Jewish Federation of Metropolitan Chicago. Samuel Israel, III served on 9/12/2005, answer due 10/2/2005. (Simpson, T.) (Entered: 09/23/2005) |
| 09/16/2005 | 50 | AFFIDAVIT of Service for Summons, Complaint and Various other pleadings served on Samuel Israel, III on 9/14/05, filed by Jewish Federation of Metropolitan Chicago. (Simpson, T.) (Entered: 09/23/2005) |
| 09/19/2005 | 14 | TEMPORARY RESTRAINING ORDER extended to 5:00 p.m. on Tuesday, September 20, 2005. Signed by Judge Stefan R. Underhill on 9/16/05. (Candee, D.) (Entered: 09/19/2005) |
| 09/19/2005 | 16 *no plm* | ENTERED IN ERROR - NOTICE of Appearance by Kent D.B. Sinclair on behalf of Jewish Federation of Metropolitan Chicago (Notice of Appearance of Jodi D. Luster) (Sinclair, Kent) Modified on 9/19/2005 (Simpson, T.). (Entered: 09/19/2005) |
| 09/19/2005 | 17 | NOTICE by Jewish Federation of Metropolitan Chicago *of Manual Filing* (Sinclair, Kent) (Entered: 09/19/2005) |
| 09/19/2005 | 18 | NOTICE by Jewish Federation of Metropolitan Chicago *of Manual Filing* (Sinclair, Kent) (Entered: 09/19/2005) |
| 09/21/2005 | 19 | PRELIMINARY INJUNCTION ORDER. Signed by Judge Stefan R. Underhill on 9/21/05. (Candee, D.) (Entered: 09/21/2005) |
| 09/22/2005 | 51 | NOTICE of Appearance by Jodi D. Luster on behalf of Jewish Federation of Metropolitan Chicago (Simpson, T.) (Entered: 09/23/2005) |
| 09/22/2005 | 52 | NOTICE of Appearance by William L. Prickett on behalf of Jewish Federation of Metropolitan Chicago (Simpson, T.) (Entered: 09/23/2005) |

| | | |
|---|---|---|
| 09/23/2005 | ●53 | MOTION to Compel *Deposition of Defendant Samuel Israel, III* by Jewish Federation of Metropolitan Chicago. Proposed Order attached. Responses due by 10/14/2005 (Attachments: # 1 # 2 # 3 # 4 # 5 # 6 # 7 # 8)(Sinclair, Kent) Modified on 9/26/2005 (Candee, D.). (Entered: 09/23/2005) |
| 09/26/2005 | ● | Docket Entry Correction... Docket entry modified to indicate that a proposed order is attached. re 53 MOTION to Compel *Deposition of Defendant Samuel Israel, III* (Candee, D.) (Entered: 09/26/2005) |
| 09/30/2005 | ●54 | TRANSCRIPT of Proceedings held on 9/16/05 before Judge Stefan R. Underhill. Court Reporter: Susan E. Catucci. (Candee, D.) (Entered: 09/30/2005) |
| 09/30/2005 | ●55 | MOTION for Default Entry 55(a) *(Application For Entry Of Default)* as to Daniel Marino by Jewish Federation of Metropolitan Chicago. (Attachments: # 1 Exhibit Exhibit 1 To Application# 2 Exhibit Exhibit A to Affidavit (Exhibit 1 to Application))(Sinclair, Kent) (Entered: 09/30/2005) |
| 09/30/2005 | ●56 | PROPOSED ORDER re 55 MOTION for Default Entry 55(a) *(Application For Entry Of Default)* as to Daniel Marino *[Proposed] Entry of Default* by Jewish Federation of Metropolitan Chicago. (Sinclair, Kent) (Entered: 09/30/2005) |
| 10/04/2005 | ●57 | ELECTRONIC ORDER granting 55 Motion for Default Entry 55(a). Motion for default judgment due by 11/3/2005.Signed by Clerk on 10/4/05. (Montz, A.) (Entered: 10/04/2005) |
| 10/05/2005 | ●58 | MOTION for Default Entry 55(a) *(Application for Entry of Default)* as to Samuel Israel, III by Jewish Federation of Metropolitan Chicago. (Attachments: # 1 Exhibit Exhibit 1 to Application# 2 Exhibit Exhibit A to Exhibit 1# 3 Exhibit Exhibit B to Exhibit 1)(Sinclair, Kent) (Entered: 10/05/2005) |
| 10/05/2005 | ●59 | PROPOSED ORDER re 58 MOTION for Default Entry 55(a) *(Application for Entry of Default)* as to Samuel Israel, III *([Proposed] Entry of Default)* by Jewish Federation of Metropolitan Chicago. (Sinclair, Kent) (Entered: 10/05/2005) |
| 10/05/2005 | ●60 | MOTION for Default Entry 55(a) *(Application for Entry of Default)* as to Bayou Management, LLC; Bayou Group, LLC; Bayou Securities, LLC; Bayou Advisors, LLC; Bayou Equities, LLC; Bayou Fund, LLC; Bayou Super Fund, LLC; Bayou No Leverage Fund, LLC; Bayou Affiliates Fund, LLC; Bayou Accredited Fund, LLC; Bayou Offshore Fund, LLC by Jewish Federation of Metropolitan Chicago. (Attachments: # 1 Exhibit Exhibit 1 to Application# 2 Exhibit Exhibit A to Exhibit 1# 3 Exhibit Exhibit A to Exhibit 1 (part 2 of 3)# 4 Exhibit Exhibit A to Exhibit 1 (part 3 of 3))(Sinclair, Kent) (Entered: 10/05/2005) |
| 10/05/2005 | ●61 | PROPOSED ORDER re 60 MOTION for Default Entry 55(a) *(Application for Entry of Default)* as to Bayou Management, LLC; Bayou Group, LLC; Bayou Securities, LLC; Bayou Advisors, LLC; Bayou Equities, LLC; Bayou |

| | | |
|---|---|---|
| | | Fund, LLC; Bayou Super Fund, LLC; Bayou No Leverage Fund, LL *([Proposed] Entry of Default)* by Jewish Federation of Metropolitan Chicago. (Sinclair, Kent) (Entered: 10/05/2005) |
| 10/11/2005 | ●62 | ELECTRONIC ORDER granting 58 Motion for Default Entry 55(a)as to Samuel Israel III. Motion for default judgment due by 11/10/2005. Signed by Clerk on 10/11/05. (Montz, A.) (Entered: 10/11/2005) |
| 10/14/2005 | ●63 | NOTICE by Bayou Offshore Fund A Ltd, Bayou Offshore Fund B Ltd, Bayou Offshore Fund C, Ltd, Bayou Offshore Fund D, Ltd, Bayou Offshore Fund E, Ltd, Bayou Offshore Fund F, Ltd *Of Stay Pursuant to 11 USC 304* (Hellman, Jeffrey) (Entered: 10/14/2005) |
| 10/25/2005 | ●64 | ORDER granting 60 Motion for Default Entry 55(a) as to Bayou Management, LLC, Bayou Group LLC, Bayou Securities, LLC, Bayou Advisors, LLC, Bayou Equities, LLC, Bayou Fund, LLC, Bayou Super Fund, LLC, Bayou No Leverage Fund, LLC, Bayou Affiliates Fund, LLC, Bayou Accredited Fund, LLC and Bayou Offshore Fund, LLC. Motion for default judgment due by 11/24/2005. Signed by Clerk on 10/25/05. (Montz, A.) (Entered: 10/25/2005) |
| 11/02/2005 | ●65 | MOTION for Default Judgment as to Daniel Marino by Jewish Federation of Metropolitan Chicago. (Attachments: # 1 Exhibit 1 to Motion# 2 Exhibit A to Sinclair Affidavit# 3 Exhibit B to Sinclair Affidavit# 4 Exhibit C to Sinclair Affidavit# 5 Exhibit D to Sinclair Affidavit# 6 Exhibit E to Sinclair Affidavit# 7 Exhibit F to Sinclair Affidavit# 8 Exhibit G to Sinclair Affidavit)(Sinclair, Kent) (Entered: 11/02/2005) |
| 11/03/2005 | ●66 | MOTION for Default Judgment as to Samuel Israel, III by Jewish Federation of Metropolitan Chicago. (Attachments: # 1 Exhibit 1 to Motion For Default Judgment# 2 Exhibit A to Sinclair Affidavit# 3 Exhibit B to Sinclair Affidavit# 4 Exhibit C to Sinclair Affidavit# 5 Exhibit D to Sinclair Affidavit# 6 Exhibit E to Sinclair Affidavit)(Sinclair, Kent) (Entered: 11/03/2005) |
| 11/04/2005 | ●67 | MOTION for Default Judgment as to Bayou Management, LLC, Bayou Group, LLC, Bayou Securities, LLC, Bayou Advisors, LLC, Bayou Equities, LLC, Bayou Fund, LLC, Bayou Super Fund, LLC, Bayou No Leverage Fund, LLC, Bayou Affiliates Fund, LLC, Bayou Accredited Fund, LLC, and Bayou Offshore Fund, LLC by Jewish Federation of Metropolitan Chicago. (Attachments: # 1 Exhibit to Motion For Default# 2 Exhibit A to Sinclair Affidavit# 3 Exhibit B to Sinclair Affidavit# 4 Exhibit C To Sinclair Affidavit# 5 Exhibit D To Sinclair Affidavit# 6 Exhibit E To Sinclair Affidavit)(Sinclair, Kent) (Entered: 11/04/2005) |
| 04/24/2006 | ●68 | CONDITIONAL TRANSFER ORDER. Case transferred to the Southern District of New York. Signed by Michael J. Beck, Clerk on 4/24/06. (Candee, D.) (Entered: 05/03/2006) |
| 04/24/2006 | ● | Case transferred to the District of Southern District of New York. Original file, certified copies of docket sheet and Order of Transfer sent. (Candee, D.) |

|  |  |  |
|---|---|---|
|  |  | (Entered: 05/03/2006) |
| 04/24/2006 |  | ***Civil Case Terminated. (Candee, D.) (Entered: 05/03/2006) |

I Hereby certify that the forgoing is a true copy of the original document on file. Date: 5/5/06

Kevin F Rowe
Clerk
By _D. Candee_
Deputy Clerk