## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JEWISH FEDERATION OF METROPOLITAN CHICAGO,<br><br>Plaintiff,<br><br>v.<br><br>BAYOU MANAGEMENT, LLC, SAMUEL ISRAEL, III, DANIEL MARINO, BAYOU GROUP, LLC, BAYOU SECURITIES, LLC, BAYOU ADVISORS, LLC, BAYOU EQUITIES, LLC, BAYOU FUND, LLC, BAYOU SUPER FUND, LLC, BAYOU NO LEVERAGE FUND, LLC, BAYOU AFFILIATES FUND, LLC, BAYOU ACCREDITED FUND, LLC, BAYOU OFFSHORE FUND, LLC, BAYOU OFFSHORE FUND A, LTD, BAYOU OFFSHORE FUND B, LTD, BAYOU OFFSHORE FUND C, LTD, BAYOU OFFSHORE FUND D, LTD, BAYOU OFFSHORE FUND E, LTD, BAYOU OFFSHORE FUND F, LTD BAYOU OFFSHORE MASTER FUND, LTD, and DOES 1-25, Inclusive,<br><br>Defendants. | Civil Action No.<br><br>Judge<br><br>September 2, 2005 |

### MOTION FOR ADMISSION OF VISITING ATTORNEY

Pursuant to Local Rule 83.1(d), the undersigned member of the bar of this Court respectfully requests that William L. Prickett, Esquire, of the law firm of Seyfarth Shaw, LLP, Boston, Massachusetts, be admitted as a visiting attorney for the plaintiff(s), Jewish Federation of Metropolitan Chicago for the purpose of this case. In support of this motion, the undersigned submits:

1. Mr. Prickett has been a member in good standing and eligible to practice before the following courts: Massachusetts Supreme Judicial Court; U.S. District Court for the District

of Massachusetts; U.S. Court of Appeals for the First and Federal Circuits; and the United States Supreme Court.

2. On information and belief, Mr. Prickett is a member in good standing in these courts, and he is not currently suspended or disbarred in any court. Mr. Prickett has never been denied admission or disciplined by this Court or any other court.

3. Mr. Prickett has fully reviewed and is familiar with the Rules of the United States District court for the District of Connecticut.

4. Mr. Prickett's contact information is: Seyfarth Shaw, LLP, Two Seaport Lane, Suite 300, Boston, MA 02210; (direct)(617) 946-4902; (fax) 617 946-4801; (email) wprickett@seyfarth.com.

Mr. Prickett designates the undersigned, Gerald T. Giaimo, Esquire, a member of the bar of this Court with offices at Tyler, Cooper & Alcorn, LLP, 205 Church Street, P.O. Box 1936, New Haven, Connecticut 06509-1910, as the attorney upon whom service for all papers shall also be made.

PLAINTIFF,
JEWISH FEDERATION OF METROPOLITAN CHICAGO

By: _____
Gerald T. Giaimo ct14885
Tyler Cooper & Alcorn, LLP
205 Church Street
Post Office Box 1936
New Haven, Connecticut 06509
Telephone: (203) 784-8200
Facsimile: (203) 865-7865
Email: giaimo@tylercooper.com

BO1 15734992.1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JEWISH FEDERATION OF METROPOLITAN CHICAGO,<br><br>Plaintiff,<br><br>v.<br><br>BAYOU MANAGEMENT, LLC, SAMUEL ISRAEL, III, DANIEL MARINO, BAYOU GROUP, LLC, BAYOU SECURITIES, LLC, BAYOU ADVISORS, LLC, BAYOU EQUITIES, LLC, BAYOU FUND, LLC, BAYOU SUPER FUND, LLC, BAYOU NO LEVERAGE FUND, LLC, BAYOU AFFILIATES FUND, LLC, BAYOU ACCREDITED FUND, LLC, BAYOU OFFSHORE FUND, LLC, BAYOU OFFSHORE FUND A, LTD, BAYOU OFFSHORE FUND B, LTD, BAYOU OFFSHORE FUND C, LTD, BAYOU OFFSHORE FUND D, LTD, BAYOU OFFSHORE FUND E, LTD, BAYOU OFFSHORE FUND F, LTD BAYOU OFFSHORE MASTER FUND, LTD, and DOES 1-25, Inclusive,<br><br>Defendants. | Civil Action No.<br><br>Judge<br><br>September 2, 2005 |

**AFFIDAVIT OF WILLIAM L. PRICKETT IN SUPPORT OF MOTION
FOR ADMISSION OF VISITING ATTORNEY TO APPEAR AS COUNSEL
FOR PLAINTIFF JEWISH FEDERATION OF METROPOLITAN CHICAGO**

I, William L. Prickett, declare:

1. Pursuant to United States District Court, District of Connecticut, Local Rules of Civil Procedure, Rule 83.1, I, William L. Prickett, hereby apply to this Court to appear *pro hac vice* as counsel for the Plaintiff, Jewish Federation of Metropolitan Chicago.

2. I am a partner in the Boston, MA office of the law firm of Seyfarth Shaw, LLP, located at: Two Seaport Lane, Suite 300, Boston, MA 02210; My office phone number is:

(617) 946-4902, and facsimile number is (617) 946-4801. My email address is: wprickett@seyfarth.com.

3.  I am a member in good standing and eligible to practice before the following courts: Massachusetts Supreme Judicial Court; U.S. District Court for the District of Massachusetts; U.S. Court of Appeals for the First Circuit and Federal Circuits; and the United States Supreme Court. I am not currently suspended or disbarred in any court. I have never been denied admission or disciplined by this Court or any other court.

4.  I have fully reviewed and am familiar with the Rules of The United States District Court for the District of Connecticut.

I declare under penalty of perjury under the laws of the State of Connecticut that the foregoing is true and correct. Executed this 2nd day of September 2005, at Boston, Massachusetts.

William L. Prickett

Notary Public
My commission expires on:
4-17-09

2