UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JEWISH FEDERATION OF METROPOLITAN CHICAGO | : : : | |
| v. | : : | Civ. Action No. 3:05CV1401 (SRU) |
| BAYOU MANAGEMENT, LLC, SAMUEL ISRAEL, III, DANIEL MARINO, BAYOU GROUP, LLC, BAYOU SECURITIES, LLC, BAYOU ADVISORS, LLC, BAYOU EQUITIES, LLC, BAYOU FUND, LLC, BAYOU SUPER FUND, LLC, BAYOU NO LEVERAGE FUND, LLC, BAYOU AFFILIATES FUND, LLC, BAYOU ACCREDITED FUND, LLC, BAYOU OFFSHORE FUND, LLC, BAYOU OFFSHORE FUND A, LTD, BAYOU OFFSHORE FUND B, LTD, BAYOU OFFSHORE FUND C, LTD, BAYOU OFFSHORE FUND D, LTD, BAYOU OFFSHORE FUND E, LTD, BAYOU OFFSHORE FUND F, LTD, BAYOU OFFSHORE MASTER FUND, LTD, AND DOES 1-25, Inclusive. | : : : : : : : : : : : : : : | |

**TEMPORARY RESTRAINING ORDER**

The temporary restraining order entered in this case is extended until 5:00 p.m. on Tuesday, September 20, 2005, for the reasons stated on the record on September 16, 2005.

SO ORDERED, this 16th day of September, 2005.

    /s/ Stefan R. Underhill
    Stefan R. Underhill
    United States District Judge