UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JEWISH FEDERATION OF METROPOLITAN CHICAGO,<br><br>Plaintiff,<br><br>v.<br><br>BAYOU MANAGEMENT, LLC, SAMUEL ISRAEL, III, DANIEL MARINO, BAYOU GROUP, LLC, BAYOU SECURITIES, LLC, BAYOU ADVISORS, LLC, BAYOU EQUITIES, LLC, BAYOU FUND, LLC, BAYOU SUPER FUND, LLC, BAYOU NO LEVERAGE FUND, LLC, BAYOU AFFILIATES FUND, LLC, BAYOU ACCREDITED FUND, LLC, BAYOU OFFSHORE FUND, LLC, BAYOU OFFSHORE FUND A, LTD, BAYOU OFFSHORE FUND B, LTD, BAYOU OFFSHORE FUND C, LTD, BAYOU OFFSHORE FUND D, LTD, BAYOU OFFSHORE FUND E, LTD, BAYOU OFFSHORE FUND F, LTD BAYOU OFFSHORE MASTER FUND, LTD, and DOES 1-25, Inclusive,<br><br>Defendants. | Civil Action No. 3:05CV1401 (SRU)<br><br><br>September 8, 2005 |

## NOTICE OF MANUAL FILING

Please take notice that the Plaintiff, Jewish Federation of Metropolitan Chicago has manually filed the Notice of Appearance of William L. Prickett, Esquire.

This document has not been filed electronically because an appearance may not be filed on behalf of another attorney and Ms. Luster is not yet able to file through this Courts CM/ECF system.

The document has been manually served on all parties.

                                      Respectfully submitted,

                                      Jewish Federation of Metropolitan Chicago
                                      By its attorneys,

                                      /s/ Kent D.B. Sinclair
William L. Prickett, Fed Bar No. ct20907
Kent D.B. Sinclair, Fed. Bar. No. ct14649
Jodi D. Luster (*pro hac vice 0543*)
SEYFARTH SHAW, LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210
Tel: 617-946-4800
Fax: 617-946-4801
wprickett@seyfarth.com
ksinclair@seyfarth.com
jluster@seyfarth.com


Gerald T. Giaimo Fed. Bar No. ct14885
Tyler Cooper & Alcorn, LLP
205 Church Street
New Haven, CT 06509-1910
Tel: 203-784-8557
Fax: 203-865-7865
Giaimo@tylercooper.com

## Service List

### *Jewish Federation of Metropolitan Chicago v. Bayou Management, LLC, et al.*
### *D. CT – Case No.: 3:05cv1401 (SRU)*

*Bayou Management, LLC:*

Bayou Management, LLC
40 Signal Road
Stamford, CT 06902

Bayou Management, LLC
c/o Connecticut Secretary of State
30 Trinity Street
Hartford, CT 06106

Bayou Management, LLC
c/o Faust Rabbach & Oppenheim
488 Madison Avenue
New York, NY 10022

Bayou Management, LLC
c/o Samuel Israel, III
52 Oregon Road
Bedford Corners, NY 10549

*Samuel Israel, III:*

Samuel Israel, III
52 Oregon Road
Bedford Corners, NY 10549

*Daniel Marino:*

Andrew B. Bowman, Esq.
1804 Post Road East
Westport, CT 06880

*Bayou Group, LLC:*

Bayou Group, LLC
c/o National Registered Agents, Inc.
Alex Tighe
12 Old Boston Post Road
Old Saybrook, CT 06475

### Service List (cont.)

*Jewish Federation of Metropolitan Chicago v. Bayou Management, LLC, et al.*
*D. CT – Case No.: 3:05cv1401 (SRU)*

*Bayou Securities, LLC:*

Bayou Securities, LLC
c/o Samuel Israel, III
52 Oregon Road
Bedford Corners, NY 10549

Bayou Securities, LLC
c/o Thomas J. Williams, Esq.
16 Ann Jin Drive
Greenwich, CT 06830

Bayou Securities, LLC
c/o Connecticut Secretary of State
30 Trinity Street
Hartford, CT 06106

*Bayou Advisors, LLC:*

Bayou Advisors, LLC
c/o Connecticut Secretary of State
30 Trinity Street
Hartford, CT 06106

*Bayou Equities, LLC:*

Bayou Equities, LLC
c/o Connecticut Secretary of State
30 Trinity Street
Hartford, CT  06106

*Bayou Fund, LLC:*

Bayou Fund, LLC
40 Signal Road
Stamford, CT  06902

Bayou Fund, LLC
c/o Samuel Israel, III
52 Oregon Road
Bedford Corners, NY 10549

Bayou Fund, LLC
c/o Connecticut Secretary of State
30 Trinity Street
Hartford, CT  06106

*Bayou Super Fund, LLC:*

Bayou Super Fund, LLC
c/o Connecticut Secretary of State
30 Trinity Street
Hartford, CT  06106

2

**Service List (cont.)**

*Jewish Federation of Metropolitan Chicago v. Bayou Management, LLC, et al.*
*D. CT – Case No.: 3:05cv1401 (SRU)*

*Bayou No Leverage Fund, LLC:*

Bayou No Leverage Fund, LLC
c/o Connecticut Secretary of State
30 Trinity Street
Hartford, CT 06106


*Bayou Affiliates Fund, LLC:*

Bayou Affiliates Fund, LLC
c/o Connecticut Secretary of State
30 Trinity Street
Hartford, CT 06106


*Bayou Accredited Fund, LLC:*

Bayou Accredited Fund, LLC
c/o Connecticut Secretary of State
30 Trinity Street
Hartford, CT 06106


*Bayou Offshore Fund, LLC:*

Bayou Offshore Fund, LLC
c/o Connecticut Secretary of State
30 Trinity Street
Hartford, CT 06106