AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **Connecticut**

Jewish Federation of Metropolitan Chicago,

V.

Bayou Management, LLC; Samuel Israel, III; Daniel Marino; Bayou Group, LLC; Bayou Securities, LLC; Bayou Advisors, LLC; Bayou Equities, LLC; Bayou Fund, LLC; Bayou Super Fund, LLC; Bayou No Leverage Fund; LLC; Bayou Affiliates Fund, LLC; Bayou Accredited Fund, LLC; Bayou Offshore Fund, LLC; Bayou Offshore Fund A, Ltd; Bayou Offshore Fund B, Ltd; Bayou Offshore Fund C, Ltd; Bayou Offshore Fund D, Ltd; Bayou Offshore Fund E, Ltd; Bayou Offshore Fund F, Ltd; Bayou Offshore Master Fund, Ltd; and Does 1-25, Inclusive.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 3 05 C V 1

TO: (Name and address of Defendant)

Bayou Management, LLC
40 Signal Road
Stamford, CT 06902

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kent D.B. Sinclair, Seyfarth Shaw LLP, Two Seaport Lane, Suite 300, Boston, Massachusetts 02210

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK _[signature]_

(By) DEPUTY CLERK _[signature]_

DATE  SEP 0 6 2005

2002 © American LegalNet, Inc.

**U.S. DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

**FILED**

UNITED STATES DISTRICT COURT

2005 SEP 16 P 4: 02

ss: Hartford, September 9, 2005

U.S. DISTRICT COURT
HARTFORD, CT

DISTRICT OF CONNECTICUT

Then and there by virtue hereof, I diligently searched my precincts to locate the agent for service for the within named defendant foreign limited liability company, **BAYOU MANAGEMENT, LLC,** but could not find one. Therefore, pursuant to C.G.S. §34-225, I served the Secretary of State, of the State of Connecticut, a true and attested copy of the original Summons in a Civil Action, Complaint, Civil Action Cover Sheet, Jewish Federation of Metropolitan Chicago's Ex Parte Motion for Temporary Restraining Order to Preserve Status Quo; Memorandum in Support of Plaintiff's Ex Parte Motion for Temporary Restraining Order to Preserve Status Quo; Affidavit of David R. Brief, Plaintiff's Motion for Expedited Discovery and Preservation of Documents; Memorandum in Support of Plaintiff's Motion for Expediated Discovery and Preservation of Documents; Jewish Federation of Metropolitan Chicago's Corporate Disclosure Statement; Statement by Counsel, Motion for Admission of Visiting Attorney (William L. Prickett); Affidavit of William L. Prickett in Support of Motion for Admission of Visiting Attorney to Appear as Counsel for Plaintiff Jewish Federation of Metropolitan Chicago; Motion for Admission of Visiting Attorney of (Jodi D. Luster); Affidavit of Jodi D. Luster in Support of Motion for Admission of Visiting Attorney to Appear as Counsel for Plaintiff Jewish Federation of Metropolitan Chicago; Notice of Manuel Filing of Exhibits to Memorandum in Support of Plaintiff's Ex Parte Motion for Temporary Restraining Order to Preserve Status Quo, Notice to Counsel and Pro Se Parties, two Orders issued by the Court on September 6, 2005; Temporary Restraining Order and Order to Show Cause and Ruling and Order with my endorsement thereon and paid the legal fee of $25.00, pursuant to C.G.S. §34-225.

And afterwards, on September 11, 2005, in the Town of Bedford Corners, New York, I served the within named defendant, **BAYOU MANAGEMENT, LLC,** by depositing at the Post Office, a letter, certified mail, return receipt requested addressed:

**Bayou Management, LLC**
**40 Signal Road**
**Stamford, CT 06902;**

receiving therefore the post office receipt hereto annexed. Said letter contained a true and attested copy of the original Summons in a Civil Action, Complaint, Civil Action Cover Sheet, Jewish Federation of Metropolitan Chicago's Ex Parte Motion for Temporary Restraining Order to Preserve Status Quo; Memorandum in Support of Plaintiff's Ex Parte Motion for Temporary Restraining Order to Preserve Status Quo; Affidavit of David R. Brief, Plaintiff's Motion for Expedited Discovery and Preservation of Documents; Memorandum in Support of Plaintiff's Motion for Expediated Discovery and Preservation of Documents; Jewish Federation of Metropolitan Chicago's Corporate Disclosure Statement; Statement by Counsel, Motion for Admission of Visiting Attorney (William L. Prickett); Affidavit of William L. Prickett in Support of Motion for Admission of Visiting Attorney to Appear as Counsel for Plaintiff Jewish Federation of Metropolitan Chicago; Motion for Admission of Visiting Attorney of (Jodi D. Luster); Affidavit of Jodi D. Luster in Support of Motion for Admission of Visiting Attorney to Appear as Counsel for Plaintiff Jewish Federation of Metropolitan Chicago; Notice of Manuel Filing of Exhibits to Memorandum in Support of Plaintiff's Ex Parte Motion for Temporary Restraining Order to Preserve Status Quo, Notice to Counsel and Pro Se Parties, two Orders issued by the Court on September 6, 2005; Temporary Restraining Order and Order to Show Cause and Ruling and Order with my endorsement thereon.

And afterwards, on September 11, 2005, in the Town of Bedford Corners, New York, I served the within named defendant, **BAYOU MANAGEMENT, LLC,** by leaving at the usual place of abode of **Sam Israel, III, its Registered Agent, who is duly authorized to accept service,** a true and attested copy of the original Summons in a Civil Action, Complaint, Civil Action Cover Sheet, Jewish Federation of Metropolitan Chicago's Ex Parte Motion for Temporary Restraining Order to Preserve Status Quo; Memorandum in Support of Plaintiff's Ex Parte Motion for Temporary Restraining Order to Preserve Status Quo; Affidavit of David R. Brief, Plaintiff's Motion for Expedited Discovery and Preservation of Documents; Memorandum in Support of Plaintiff's Motion for Expediated

Discovery and Preservation of Documents; Jewish Federation of Metropolitan Chicago's Corporate Disclosure Statement; Statement by Counsel, Motion for Admission of Visiting Attorney (William L. Prickett); Affidavit of William L. Prickett in Support of Motion for Admission of Visiting Attorney to Appear as Counsel for Plaintiff Jewish Federation of Metropolitan Chicago; Motion for Admission of Visiting Attorney of (Jodi D. Luster); Affidavit of Jodi D. Luster in Support of Motion for Admission of Visiting Attorney to Appear as Counsel for Plaintiff Jewish Federation of Metropolitan Chicago; Notice of Manuel Filing of Exhibits to Memorandum in Support of Plaintiff's Ex Parte Motion for Temporary Restraining Order to Preserve Status Quo, Notice to Counsel and Pro Se Parties, two Orders issued by the Court on September 6, 2005; Temporary Restraining Order and Order to Show Cause and Ruling and Order with my endorsement thereon.

ATTEST:

ROBERT S. MILLER
STATE MARSHAL
NEW HAVEN COUNTY

FEES FOR ENTIRE LAW SUIT:

| | |
|---|---:|
| Service Fee | $ 730.00 |
| Copies | 900.00 |
| Endorsements | 19.60 |
| Travel | 225.00 |
| Sectry. State | 425.00 |
| Certified Mail | 88.00 |
| | $2,387.60 |



U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

STAMFORD, CT 06902

| | |
|---|---|
| Postage | $ 4.75 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 8.80  09/09/05 |

Sent To: Bayou Management, LLC
Street, Apt. No.; or PO Box No.: 40 Signal Road
City, State, ZIP+4: Stamford, CT 06902

PS Form 3800, June 2002     See Reverse for Instructions

7003 3110 0002 3185 1795