⹁AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of   Connecticut

Jewish Federation of Metropolitan Chicago,

V.

Bayou Management, LLC; Samuel Israel, III; Daniel Marino;
Bayou Group, LLC; Bayou Securities, LLC; Bayou Advisors,
LLC; Bayou Equities, LLC; Bayou Fund, LLC; Bayou Super
Fund, LLC; Bayou No Leverage Fund; LLC; Bayou
Affiliates Fund, LLC; Bayou Accredited Fund, LLC; Bayou
Offshore Fund, LLC; Bayou Offshore Fund A, Ltd; Bayou
Offshore Fund B, Ltd; Bayou Offshore Fund C, Ltd; Bayou
Offshore Fund D, Ltd; Bayou Offshore Fund E, Ltd; Bayou
Offshore Fund F, Ltd; Bayou Offshore Master Fund, Ltd; and
Does 1-25, Inclusive.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 3 0 5 C V 1 4 0 x  S R U

TO: (Name and address of Defendant)

Bayou Super Fund, LLC
40 Signal Road
Stamford, CT 06902

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kent D.B. Sinclair, Seyfarth Shaw LLP, Two Seaport Lane, Suite 300, Boston, Massachusetts 02210

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE   SEP 1 6 2005

2002 © American LegalNet, Inc.

**U.S. DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

**FILED**

UNITED STATES DISTRICT COURT

2005 SEP 16 P 4: 15

ss: Hartford, September 16, 2005

U.S. DISTRICT COURT
BRIDGEPORT, CONN

DISTRICT OF CONNECTICUT

Then and there by virtue hereof, I served the within named defendant limited liability company, **BAYOU SUPER FUND, LLC,** leaving with the **Secretary of State, of the State of Connecticut, its Registered Agent, who is duly authorized to accept service,** two (2) true and attested copies of the original Summons in a Civil Action, Complaint, Civil Action Cover Sheet, Jewish Federation of Metropolitan Chicago's Ex Parte Motion for Temporary Restraining Order to Preserve Status Quo; Memorandum in Support of Plaintiff's Ex Parte Motion for Temporary Restraining Order to Preserve Status Quo; Affidavit of David R. Brief, Plaintiff's Motion for Expedited Discovery and Preservation of Documents; Memorandum in Support of Plaintiff's Motion for Expediated Discovery and Preservation of Documents; Jewish Federation of Metropolitan Chicago's Corporate Disclosure Statement; Statement by Counsel, Motion for Admission of Visiting Attorney (William L. Prickett); Affidavit of William L. Prickett in Support of Motion for Admission of Visiting Attorney to Appear as Counsel for Plaintiff Jewish Federation of Metropolitan Chicago; Motion for Admission of Visiting Attorney of (Jodi D. Luster); Affidavit of Jodi D. Luster in Support of Motion for Admission of Visiting Attorney to Appear as Counsel for Plaintiff Jewish Federation of Metropolitan Chicago; Notice of Manuel Filing of Exhibits to Memorandum in Support of Plaintiff's Ex Parte Motion for Temporary Restraining Order to Preserve Status Quo, Notice to Counsel and Pro Se Parties, two Orders issued by the Court on September 6, 2005; Temporary Restraining Order and Order to Show Cause and Ruling and Order with my endorsement thereon and paid the legal fee of $25.00, pursuant to Section 34-225 of the C.G.S.

ATTEST:

ROBERT S. MILLER
STATE MARSHAL
NEW HAVEN COUNTY

FEES FOR ENTIRE LAW SUIT:

| | |
|---|---|
| Service Fee | $ 730.00 |
| Copies | 900.00 |
| Endorsements | 19.60 |
| Travel | 225.00 |
| Sectry. State | 425.00 |
| Certified Mail | 88.00 |
| | $2,387.60 |