AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Connecticut

Jewish Federation of Metropolitan Chicago,

V.

Bayou Management, LLC; Samuel Israel, III; Daniel Marino; Bayou Group, LLC; Bayou Securities, LLC; Bayou Advisors, LLC; Bayou Equities, LLC; Bayou Fund, LLC; Bayou Super Fund, LLC; Bayou No Leverage Fund; LLC; Bayou Affiliates Fund, LLC; Bayou Accredited Fund, LLC; Bayou Offshore Fund, LLC; Bayou Offshore Fund A, Ltd; Bayou Offshore Fund B, Ltd; Bayou Offshore Fund C, Ltd; Bayou Offshore Fund D, Ltd; Bayou Offshore Fund E, Ltd; Bayou Offshore Fund F, Ltd; Bayou Offshore Master Fund, Ltd; and Does 1-25, Inclusive.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 3 05CV1401 SRU

TO: (Name and address of Defendant)

Samuel Israel, III
52 Oregon Road
Bedford Corners, NY 10549

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kent D.B. Sinclair, Seyfarth Shaw LLP, Two Seaport Lane, Suite 300, Boston, Massachusetts 02210

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE SEP 0 6 2005

2002 © American LegalNet, Inc.

# RETURN OF SERVICE

| Service of the Summons and Complaint was made by me (1) | DATE September 12, 2005 |
|---|---|
| NAME OF SERVER JUDITH CATALDO | TITLE Process Server / A Disinterested Person |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:
_____, MASSACHUSETTS

☒ ~~Left~~ Mailed copies thereof ~~at~~ to the defendant's ~~dwelling or usual place of abode with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left:~~
**Said service was sent by first-class mail, postage pre-paid to 52 Oregon Road, Bedford Corners, NY 10549.**

~~Said service was made at:~~ _____, ~~MASSACHUSETTS~~

☐ Other: By handing true and attested copies thereof to _____
Duly Authorized Agent for the within-named _____
Said service was made at:
_____, MASSACHUSETTS

FILED
2005 SEP 16 P 4:10
U.S. DISTRICT COURT

## STATEMENT OF SERVICE FEES

| | SERVICE FEE $ 15.00 | Trips | |
|---|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ____September 12, 2005____      *Judith Cataldo*
               Date                          Signature of Server

Also served:
Civil Action Cover Sheet;

Jewish Federation of Metropolitan Chicago's *Ex Parte* Motion for Temporary Restraining Order to Preserve *Status Quo*;

Memorandum in Support of Plaintiff's *Ex Parte* Motion for Temporary Restraining Order to Preserve *Status Quo*;

Affidavit of David R. Brief;

Plaintiff's Motion for Expedited Discovery and Preservation of Documents;

Memorandum in Support of Plaintiff's Motion for Expedited Discovery and Preservation of Documents;

Jewish Federation of Metropolitan Chicago's Corporate Disclosure Statement;

Statement by Counsel;

Motion for Admission of Visiting Attorney (William L. Prickett);

Affidavit of William L. Prickett in Support of Motion for Admission of Visiting Attorney to Appear as Counsel for Plaintiff Jewish Federation of Metropolitan Chicago;

Motion for Admission of Visiting Attorney (Jodi D. Luster);

Affidavit of Jodi D. Luster in Support of Motion for Admission of Visiting Attorney to Appear as Counsel for Plaintiff Jewish Federation of Metropolitan Chicago;

Notice of Manual Filing of Exhibits to Memorandum in Support of Plaintiff's *Ex Parte* Motion for Temporary Restraining Order to Preserve *Status Quo*;

Temporary Restraining Order and Order to Show Cause (Court certified true and accurate copy);

Ruling and Order (Court certified true and accurate copy); and

Notice of Deposition for Samuel Israel, III.

One Devonshire Place, Boston, Massachusetts
Address of Server

____ ATTEMPTS BEFORE MAKING PROPER SERVICE.

FEE
$ _____
$ _____
$ _____
$ _____
$ _____
TOTAL   $ _____

Devonshire Place    Telephone # (617) 720-5733
ton, MA 02109       Fax #        (617) 720-5737