UNITED STATES DISTRICT COURT DISTRICT OF CONNECTICUT

Index No. 3:05CV1401(seu)

Jewish Federation of Metropolitan Chicago

                              - against -      Plaintiff(s)

Bayou Management, LLC, et. al.

FILED

2005 SEP 16 P 4:05

Defendant(s)

State of New York    )
                          ) ss.:
County of Westchester )

U.S. DISTRICT COURT
BRIDGEPORT, CONN

AFFIDAVIT OF SERVICE

Gary Williams being duly sworn, deposes and says that he is over the age of 18 years; is not a party to this action and resides within the State of New York. That on 09/13/2005 at 12:23 PM at:
    52 Oregon Road
    Bedford Corners NY 10549
Deponent served the:
Summons and Complaint
Memorandum in Support of Plaintiff's Ex Parte Motion for Temporary Restraining Order to Preserve Status Quo
Jewish Federation of Metropolitan Chicago's Ex Parte Motion for Temporary Restraining Order to Preserve Status Quo
Civil Cover Sheet
Affidavit of David R. Brief
Plaintiff's Motion for Expedited Discovery and Preservation of Documents
Memorandum in Support of Plaintiff's Motion for Expedited Discovery and Preservation of Documents
Jewish Federation of Metropolitan Chicago's Corporate Disclosure Statement
Statement by Counsel
Motion for Admission of Visitng Attorney (William L. Prickett)
Affidavit of William L. Prickett in Support of Motion for Admission of Visiting Attorney to Appear as Counsel for Plaintiff Jewsih Federation of Metropolitan Chicago
Notice of Manual Filing of Exhibits to Memorandum in Support of Plaintiff's Ex Parte Motion for Temporary Restraining Order to Preserve Status Quo
Temporary Restraining Order and Order to Show Cause
Ruling and Order
Notice of Deposition
upon Samuel Israel, III,
by affixing true copies to the flower pots at end of driveway of said premises which is recipient's last known residence within the state.
Deponent was unable with due diligence to find recipient or a person of suitable age and discretion having called there on:
    09/09/2005 at 2:27 PM - Attempted service, no answer. Note on door read "To Whom It May Concern Do Not Ring Doorbell the local authorities will be called and you will be arrested. Be patient you will be contacted soon. Present situation precludes me from making further comment", signed by Sam Israel.
    09/10/2005 at 6:05 PM - Attempted service, large flower pots at the end of long driveway were denying access to the house.
    09/12/2005 at 7:53 AM - Attempted service, no answer, large flower pots at the end of long driveway were still denying access to the house.

To the best of my knowledge, based on information and belief, the said defendant at the time of service was not engaged in the military service of the United States or New York.

SWORN TO BEFORE ME September 14, 2005

*[signature]*

GAIL WILLIAMS
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2006

Gary Williams    License #
OUR DOC# 10308
Seyfarth Shaw LLP