# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| JEWISH FEDERATION OF METROPOLITAN CHICAGO,<br><br>Plaintiff,<br><br>v.<br><br>BAYOU MANAGEMENT, LLC, SAMUEL ISRAEL, III, DANIEL MARINO, BAYOU GROUP, LLC, BAYOU SECURITIES, LLC, BAYOU ADVISORS, LLC, BAYOU EQUITIES, LLC, BAYOU FUND, LLC, BAYOU SUPER FUND, LLC, BAYOU NO LEVERAGE FUND, LLC, BAYOU AFFILIATES FUND, LLC, BAYOU ACCREDITED FUND, LLC, BAYOU OFFSHORE FUND, LLC, BAYOU OFFSHORE FUND A, LTD, BAYOU OFFSHORE FUND B, LTD, BAYOU OFFSHORE FUND C, LTD, BAYOU OFFSHORE FUND D, LTD, BAYOU OFFSHORE FUND E, LTD, BAYOU OFFSHORE FUND F, LTD BAYOU OFFSHORE MASTER FUND, LTD, and DOES 1-25, Inclusive,<br><br>Defendants. | **APPEARANCE**<br><br>Case No. 3:05cv1401 (SRU) |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for the Plaintiff, Jewish Federation of Metropolitan Chicago

| | |
|---|---|
| September 19, 2005<br>**Date** | */s/ William L. Prickett*<br>**Signature** |
| ct20907<br>**Connecticut Federal Bar Number** | William L. Prickett<br>**Print Clearly or Type Name** |
| (617) 946-4800<br>**Telephone Number** | SEYFARTH SHAW LLP<br>**Address** |
| (617) 790-5366<br>**Fax Number** | World Trade Center East |
| wprickett@seyfarth.com<br>**E-mail address** | Two Seaport Lane, Suite 300<br>Boston, MA 02210 |

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

See attached Service List

*/s/ William L. Prickett*
**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001

## Service List

*Jewish Federation of Metropolitan Chicago v. Bayou Management, LLC, et al.*
*D. CT – Case No.: 3:05cv1401 (SRU)*

*Bayou Management, LLC:*

Bayou Management, LLC
40 Signal Road
Stamford, CT 06902

Bayou Management, LLC
c/o Connecticut Secretary of State
30 Trinity Street
Hartford, CT 06106

Bayou Management, LLC
c/o Faust Rabbach & Oppenheim
488 Madison Avenue
New York, NY 10022

Bayou Management, LLC
c/o Samuel Israel, III
52 Oregon Road
Bedford Corners, NY 10549

*Samuel Israel, III:*

Samuel Israel, III
52 Oregon Road
Bedford Corners, NY 10549

*Daniel Marino:*

Andrew B. Bowman, Esq.
1804 Post Road East
Westport, CT 06880

*Bayou Group, LLC:*

Bayou Group, LLC
c/o National Registered Agents, Inc.
Alex Tighe
12 Old Boston Post Road
Old Saybrook, CT 06475

### Service List (cont.)

*Jewish Federation of Metropolitan Chicago v. Bayou Management, LLC, et al.*
*D. CT – Case No.: 3:05cv1401 (SRU)*

*Bayou Securities, LLC:*

Bayou Securities, LLC
c/o Samuel Israel, III
52 Oregon Road
Bedford Corners, NY 10549

Bayou Securities, LLC
c/o Thomas J. Williams, Esq.
16 Ann Jin Drive
Greenwich, CT 06830

Bayou Securities, LLC
c/o Connecticut Secretary of State
30 Trinity Street
Hartford, CT 06106

*Bayou Advisors, LLC:*

Bayou Advisors, LLC
c/o Connecticut Secretary of State
30 Trinity Street
Hartford, CT 06106

*Bayou Equities, LLC:*

Bayou Equities, LLC
c/o Connecticut Secretary of State
30 Trinity Street
Hartford, CT 06106

*Bayou Fund, LLC:*

Bayou Fund, LLC
40 Signal Road
Stamford, CT 06902

Bayou Fund, LLC
c/o Samuel Israel, III
52 Oregon Road
Bedford Corners, NY 10549

Bayou Fund, LLC
c/o Connecticut Secretary of State
30 Trinity Street
Hartford, CT 06106

*Bayou Super Fund, LLC:*

Bayou Super Fund, LLC
c/o Connecticut Secretary of State
30 Trinity Street
Hartford, CT 06106

### Service List (cont.)

*Jewish Federation of Metropolitan Chicago v. Bayou Management, LLC, et al.*
*D. CT – Case No.: 3:05cv1401 (SRU)*

*Bayou No Leverage Fund, LLC:*

Bayou No Leverage Fund, LLC
c/o Connecticut Secretary of State
30 Trinity Street
Hartford, CT 06106


*Bayou Affiliates Fund, LLC:*

Bayou Affiliates Fund, LLC
c/o Connecticut Secretary of State
30 Trinity Street
Hartford, CT 06106


*Bayou Accredited Fund, LLC:*

Bayou Accredited Fund, LLC
c/o Connecticut Secretary of State
30 Trinity Street
Hartford, CT 06106


*Bayou Offshore Fund, LLC:*

Bayou Offshore Fund, LLC
c/o Connecticut Secretary of State
30 Trinity Street
Hartford, CT 06106

BO1 15737747.1