# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

JEWISH FEDERATION OF METROPOLITAN
CHICAGO,

        Plaintiff,

        v.

BAYOU MANAGEMENT, LLC, SAMUEL ISRAEL, III,
DANIEL MARINO, BAYOU GROUP, LLC, BAYOU
SECURITIES, LLC, BAYOU ADVISORS, LLC, BAYOU
EQUITIES, LLC, BAYOU FUND, LLC, BAYOU SUPER
FUND, LLC, BAYOU NO LEVERAGE FUND, LLC,
BAYOU AFFILIATES FUND, LLC, BAYOU
ACCREDITED FUND, LLC, BAYOU OFFSHORE
FUND, LLC, BAYOU OFFSHORE FUND A, LTD,
BAYOU OFFSHORE FUND B, LTD, BAYOU
OFFSHORE FUND C, LTD, BAYOU OFFSHORE FUND
D, LTD, BAYOU OFFSHORE FUND E, LTD, BAYOU
OFFSHORE FUND F, LTD BAYOU OFFSHORE
MASTER FUND, LTD, and DOES 1-25, Inclusive,

        Defendants.

Civil Action No. 3:05CV01401 (SRU)

September 30, 2005

## APPLICATION FOR ENTRY OF DEFAULT

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiff, the Jewish

Federation of Metropolitan Chicago (the "Federation"), respectfully requests that the Court enter

a default against Defendant Daniel Marino ("Defendant") for failure to appear, answer, plead in

or otherwise defend this action, as stated in the affidavit attached hereto.  In support of this

motion, the Federation submits the attached Affidavit (attached hereto as Exhibit 1) and further

states as follows:

        1.      On September 2, 2005, the Federation filed the Complaint in the above-captioned

matter.

2.      Defendant is an individual who resides at 261 Bayberry Lane, Westport, CT, 06880.

3.      Service of process was completed pursuant to Conn. Gen. Stat. § 52-45 *et seq.* on September 9, 2005, when Defendant was served with the Summons and Complaint at his residence.   A copy of the affidavit of service on Defendant is attached to the Affidavit as Exhibit A.

4.      Defendant is fully aware of this action as he has already attended a deposition in the case and his attorney appeared at the hearing on the Order to Show Cause.

5.      The time within which the Defendant shall serve a responsive pleading or otherwise defend as required by Rule 12(a) of the Federal Rules of Civil Procedure has expired, and the Defendant has failed to file an answer or otherwise defend the Complaint.

WHEREFORE, Plaintiff, the Federation, through its attorneys, respectfully requests that the Defendant, Daniel Marino, be defaulted.

Respectfully submitted,

Jewish Federation of Metropolitan Chicago
By its attorneys,

/s/  Kent D.B. Sinclair
William L. Prickett, Fed. Bar No. ct20907
Kent D.B. Sinclair, Fed. Bar No. ct14649
Jodi D. Luster, *phv0543*
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210
Tel: 617-946-4800
Fax: 617-946-4801
wprickett@seyfarth.com
ksinclair@seyfarth.com
jluster@seyfarth.com

BO1 15739741.2

Gerald T. Giaimo, Fed. Bar No. ct14885
Tyler Cooper & Alcorn, LLP
205 Church St.
New Haven, CT 06509-1910
Tel:  203-784-8557
Fax: 203-865-7865
Giaimo@tylercooper.com

### CERTIFICATE OF SERVICE

I do hereby certify that I have served a copy of the forgoing document this 30th day of
September, 2005, by first class mail, postage prepaid, to all persons identified on attached service
list.

/s/  Kent D.B. Sinclair
Kent D.B. Sinclair

BO1 15739741.2

## Service List

*Bayou Management, LLC:*

Bayou Management, LLC
40 Signal Road
Stamford, CT 06902

Bayou Management, LLC
c/o Faust Rabbach & Oppenheim
488 Madison Avenue
New York, NY 10022

Bayou Management, LLC
c/o Samuel Israel, III
52 Oregon Road
Bedford Corners, NY 10549

*Samuel Israel, III:*

Samuel Israel, III
52 Oregon Road
Bedford Corners, NY 10549

*Daniel Marino:*

Andrew B. Bowman, Esq.
1804 Post Road East
Westport, CT 06880

*Bayou Group, LLC:*

Bayou Group, LLC
c/o National Registered Agents, Inc.
Alex Tighe
12 Old Boston Post Road
Old Saybrook, CT 06475

*Bayou Securities, LLC:*

Bayou Securities, LLC
c/o Samuel Israel, III
52 Oregon Road
Bedford Corners, NY 10549

Bayou Securities, LLC
c/o Thomas J. Williams, Esq.
16 Ann Jin Drive
Greenwich, CT 06830

**Service List (cont.)**

*Bayou Advisors, LLC:*

Bayou Advisors, LLC
c/o Faust, Rabbach & Oppenheim
488 Madison Avenue
New York, NY 10022


*Bayou Equities, LLC:*

Bayou Equities, LLC
c/o Faust, Rabbach & Oppenheim
488 Madison Avenue
New York, NY 10022


*Bayou Fund, LLC:*

Bayou Fund, LLC                    Bayou Fund, LLC
40 Signal Road                     c/o Samuel Israel, III
Stamford, CT 06902                 52 Oregon Road
                                   Bedford Corners, NY 10549


*Bayou Super Fund, LLC:*

Bayou Super Fund, LLC
40 Signal Road
Stamford, CT 06902


*Bayou No Leverage Fund, LLC:*

Bayou No Leverage Fund, LLC
40 Signal Road
Stamford, CT 06902


*Bayou Affiliates Fund, LLC:*

Bayou Affiliates Fund, LLC
40 Signal Road
Stamford, CT 06902


*Bayou Accredited Fund, LLC:*

Bayou Accredited Fund, LLC
40 Signal Road
Stamford, CT 06902


2

BO1 15737747.1

**Service List (cont.)**

*Bayou Offshore Fund, LLC:*

Bayou Offshore Fund, LLC
40 Signal Road
Stamford, CT  06902

BO1 15737747.1