UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JEWISH FEDERATION OF METROPOLITAN CHICAGO,<br><br>Plaintiff,<br><br>v.<br><br>BAYOU MANAGEMENT, LLC, SAMUEL ISRAEL, III, DANIEL MARINO, BAYOU GROUP, LLC, BAYOU SECURITIES, LLC, BAYOU ADVISORS, LLC, BAYOU EQUITIES, LLC, BAYOU FUND, LLC, BAYOU SUPER FUND, LLC, BAYOU NO LEVERAGE FUND, LLC, BAYOU AFFILIATES FUND, LLC, BAYOU ACCREDITED FUND, LLC, BAYOU OFFSHORE FUND, LLC, BAYOU OFFSHORE FUND A, LTD, BAYOU OFFSHORE FUND B, LTD, BAYOU OFFSHORE FUND C, LTD, BAYOU OFFSHORE FUND D, LTD, BAYOU OFFSHORE FUND E, LTD, BAYOU OFFSHORE FUND F, LTD, BAYOU OFFSHORE MASTER FUND, LTD, and DOES 1-25, Inclusive,<br><br>Defendants. | Civil Action No. 3:05CV01401 (SRU)<br><br><br>October 5, 2005 |

## APPLICATION FOR ENTRY OF DEFAULT

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiff, the Jewish Federation of Metropolitan Chicago (the "Federation"), respectfully requests that the Court enter a default against Defendants Bayou Management, LLC, Bayou Group, LLC, Bayou Securities, LLC, Bayou Advisors, LLC, Bayou Equities, LLC, Bayou Fund, LLC, Bayou Super Fund, LLC, Bayou No Leverage Fund, LLC, Bayou Affiliates Fund, LLC, Bayou Accredited Fund, LLC, and Bayou Offshore Fund, LLC (collectively "Defendants")[1] for failure to appear, answer, plead in

---

[1] The Federation has not sought an entry of default against Bayou Offshore Fund A, Ltd., Bayou Offshore Fund B, Ltd., Bayou Offshore Fund C, Ltd., Bayou Offshore Fund D, Ltd., Bayou Offshore Fund E, Ltd., Bayou Offshore Fund F, Ltd., and Bayou Offshore Master Fund, Ltd., as each of them is currently the subject of an Ancillary Proceeding in the United States Bankruptcy Court for the District of Connecticut.

or otherwise defend this action, as stated in the affidavit attached hereto. In support of this motion, the Federation submits the attached Affidavit (attached hereto as Exhibit 1) and further states as follows:

1. On September 2, 2005, the Federation filed the Complaint in the above-captioned matter.

2. Defendants Bayou Management, LLC, Bayou Securities, LLC, and Bayou Fund, LLC are limited liability companies organized under the laws of New York with principal places of business in Stamford, Connecticut.

3. Defendant Bayou Group, LLC is a limited liability company organized under the laws of Connecticut with a principal place of business in Stamford, Connecticut.

4. Defendants Bayou Advisors, LLC, Bayou Equities, LLC, Bayou Super Fund, LLC, Bayou No Leverage Fund, LLC, Bayou Affiliates Fund, LLC, Bayou Accredited Fund, LLC, and Bayou Offshore Fund, LLC are limited liability companies organized under the laws of Delaware with principal places of business in Stamford, Connecticut.

5. Service of process was completed as to each of the Defendants pursuant to Conn. Gen. Stat. § 52-45 *et seq.* by September 11, 2005, by service of a Summons and Complaint on the Defendants' respective registered agents and served via certified mail at their registered service of process addresses. Copies of the affidavits of service for each Defendant are attached to the Affidavit as Exhibit A.

6. The time within which Defendants shall serve a responsive pleading or otherwise defend as required by Rule 12(a) of the Federal Rules of Civil Procedure has expired, and Defendants have failed to file an answer or otherwise defend the Complaint.

WHEREFORE, Plaintiff, the Federation, through its attorneys, respectfully requests that the Defendants be defaulted.

Respectfully submitted,

Jewish Federation of Metropolitan Chicago
By its attorneys,

/s/ Kent D.B. Sinclair
William L. Prickett, Fed. Bar No. ct20907
Kent D.B. Sinclair, Fed. Bar No. ct14649
Jodi D. Luster, *phv0543*
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210
Tel: 617-946-4800
Fax: 617-946-4801
wprickett@seyfarth.com
ksinclair@seyfarth.com
jluster@seyfarth.com

Gerald T. Giaimo, Fed. Bar No. ct14885
Tyler Cooper & Alcorn, LLP
205 Church St.
New Haven, CT 06509-1910
Tel: 203-784-8557
Fax: 203-865-7865
Giaimo@tylercooper.com

## CERTIFICATE OF SERVICE

I do hereby certify that I have served a copy of the forgoing document this 5th day of October, 2005, by first class mail, postage prepaid, to all persons identified on attached service list.

/s/ Kent D.B. Sinclair
Kent D.B. Sinclair

3

BO1 15740709.1

## Service List

*Bayou Management, LLC:*

Bayou Management, LLC
40 Signal Road
Stamford, CT 06902

Bayou Management, LLC
c/o Samuel Israel, III
52 Oregon Road
Bedford Corners, NY 10549

Bayou Management, LLC
c/o Faust Rabbach & Oppenheim
488 Madison Avenue
New York, NY 10022

*Samuel Israel, III:*

Samuel Israel, III
52 Oregon Road
Bedford Corners, NY 10549

*Daniel Marino:*

Andrew B. Bowman, Esq.
1804 Post Road East
Westport, CT 06880

*Bayou Group, LLC:*

Bayou Group, LLC
c/o National Registered Agents, Inc.
Alex Tighe
12 Old Boston Post Road
Old Saybrook, CT 06475

*Bayou Securities, LLC:*

Bayou Securities, LLC
c/o Samuel Israel, III
52 Oregon Road
Bedford Corners, NY 10549

Bayou Securities, LLC
c/o Thomas J. Williams, Esq.
16 Ann Jin Drive
Greenwich, CT 06830

**Service List (cont.)**

*Bayou Advisors, LLC:*

Bayou Advisors, LLC
c/o Faust, Rabbach & Oppenheim
488 Madison Avenue
New York, NY 10022

*Bayou Equities, LLC:*

Bayou Equities, LLC
c/o Faust, Rabbach & Oppenheim
488 Madison Avenue
New York, NY 10022

*Bayou Fund, LLC:*

Bayou Fund, LLC
40 Signal Road
Stamford, CT 06902

Bayou Fund, LLC
c/o Samuel Israel, III
52 Oregon Road
Bedford Corners, NY 10549

*Bayou Super Fund, LLC:*

Bayou Super Fund, LLC
40 Signal Road
Stamford, CT 06902

*Bayou No Leverage Fund, LLC:*

Bayou No Leverage Fund, LLC
40 Signal Road
Stamford, CT 06902

*Bayou Affiliates Fund, LLC:*

Bayou Affiliates Fund, LLC
40 Signal Road
Stamford, CT 06902

*Bayou Accredited Fund, LLC:*

Bayou Accredited Fund, LLC
40 Signal Road
Stamford, CT 06902

2

BO1 15737747.1

### Service List (cont.)

*Bayou Offshore Fund, LLC:*

Bayou Offshore Fund, LLC
40 Signal Road
Stamford, CT  06902

3