# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

JEWISH FEDERATION OF METROPOLITAN
CHICAGO,

                Plaintiff,

      v.

BAYOU MANAGEMENT, LLC, SAMUEL ISRAEL, III,
DANIEL MARINO, BAYOU GROUP, LLC, BAYOU
SECURITIES, LLC, BAYOU ADVISORS, LLC, BAYOU
EQUITIES, LLC, BAYOU FUND, LLC, BAYOU SUPER
FUND, LLC, BAYOU NO LEVERAGE FUND, LLC,
BAYOU AFFILIATES FUND, LLC, BAYOU
ACCREDITED FUND, LLC, BAYOU OFFSHORE
FUND, LLC, BAYOU OFFSHORE FUND A, LTD,
BAYOU OFFSHORE FUND B, LTD, BAYOU
OFFSHORE FUND C, LTD, BAYOU OFFSHORE FUND
D, LTD, BAYOU OFFSHORE FUND E, LTD, BAYOU
OFFSHORE FUND F, LTD, BAYOU OFFSHORE
MASTER FUND, LTD, and DOES 1-25, Inclusive,

              Defendants.

Civil Action No. 3:05CV01401 (SRU)

## [*PROPOSED*] ENTRY OF DEFAULT

Plaintiff, the Jewish Federation of Metropolitan Chicago, has requested that default be entered against Defendants Bayou Management, LLC, Bayou Group, LLC, Bayou Securities, LLC, Bayou Advisors, LLC, Bayou Equities, LLC, Bayou Fund, LLC, Bayou Super Fund, LLC, Bayou No Leverage Fund, LLC, Bayou Affiliates Fund, LLC, Bayou Accredited Fund, LLC, Bayou Offshore Fund, LLC (collectively "Defendants") and said Defendants have failed to appear, answer, plead in or otherwise defend this action.

IT IS ORDERED that default is entered against Defendants.

DATED this _____ day of _____, 2005.

                     _____

                     CLERK OF COURT

## Service List

*Bayou Management, LLC:*

Bayou Management, LLC
40 Signal Road
Stamford, CT 06902

Bayou Management, LLC
c/o Samuel Israel, III
52 Oregon Road
Bedford Corners, NY 10549

Bayou Management, LLC
c/o Faust Rabbach & Oppenheim
488 Madison Avenue
New York, NY 10022

*Samuel Israel, III:*

Samuel Israel, III
52 Oregon Road
Bedford Corners, NY 10549

*Daniel Marino:*

Andrew B. Bowman, Esq.
1804 Post Road East
Westport, CT 06880

*Bayou Group, LLC:*

Bayou Group, LLC
c/o National Registered Agents, Inc.
Alex Tighe
12 Old Boston Post Road
Old Saybrook, CT 06475

*Bayou Securities, LLC:*

Bayou Securities, LLC
c/o Samuel Israel, III
52 Oregon Road
Bedford Corners, NY 10549

Bayou Securities, LLC
c/o Thomas J. Williams, Esq.
16 Ann Jin Drive
Greenwich, CT 06830

## Service List (cont.)

*Bayou Advisors, LLC:*

Bayou Advisors, LLC
c/o Faust, Rabbach & Oppenheim
488 Madison Avenue
New York, NY  10022

*Bayou Equities, LLC:*

Bayou Equities, LLC
c/o Faust, Rabbach & Oppenheim
488 Madison Avenue
New York, NY  10022

*Bayou Fund, LLC:*

| | |
|---|---|
| Bayou Fund, LLC<br>40 Signal Road<br>Stamford, CT  06902 | Bayou Fund, LLC<br>c/o Samuel Israel, III<br>52 Oregon Road<br>Bedford Corners, NY 10549 |

*Bayou Super Fund, LLC:*

Bayou Super Fund, LLC
40 Signal Road
Stamford, CT  06902

*Bayou No Leverage Fund, LLC:*

Bayou No Leverage Fund, LLC
40 Signal Road
Stamford, CT  06902

*Bayou Affiliates Fund, LLC:*

Bayou Affiliates Fund, LLC
40 Signal Road
Stamford, CT  06902

*Bayou Accredited Fund, LLC:*

Bayou Accredited Fund, LLC
40 Signal Road
Stamford, CT  06902

2

BO1 15737747.1

### Service List (cont.)

*Bayou Offshore Fund, LLC:*

Bayou Offshore Fund, LLC
40 Signal Road
Stamford, CT  06902

BO1 15737747.1