UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
Thomas Gleason, et al.,

          Plaintiffs,

-against-

Bayou Management, LLC, et al.,

          Defendants.
------------------------------------------------------x

In Re:

Bayou Group, LLC, et al.,

          Debtors.
------------------------------------------------------x

7:06-md-01755 (CM)

Chapter 11
USBC Case No. 06-22306 (ASH)
Adversary No. 06-08294

COLLEEN McMAHON, U.S. District Judge.

       Eric Garfinkel and Diane Garfinkel, defendants in the above captioned adversary proceeding, have filed a motion for leave to appeal from the decision of the Bankruptcy Court denying defendant's motion to dismiss. In a separate proceeding before this Court and assigned to this Judge captioned 7:06-md-01755 (CM), the "Bayou funds" are defendants in a multi-district litigation action. Because the Garfinklel's motion for leave to appeal is substantially related to the Bayou fund's multi-district litigation action, and because the interests of justice, efficiency and convenience will be served by accepting as related the Garfinkel's motion and any other related motions for leave to appeal filed by any of the other defendants in the above

captioned adversary proceeding, see Rules for the Division of Business Among District Judges, Southern District, Rule 15, IT IS HEREBY ORDERED THAT:

1) The motion of Eric Garfinkel and Diane Garfinkel for leave to appeal be assigned to Judge McMahon as related to 7:06-md-01755 (CM); and

2) Any subsequent related motions for leave to appeal filed by any of the other defendants in the above captioned adversary proceeding also be assigned to Judge McMahon as related to 7:06-md-01755 (CM).

Dated: New York, New York
March 15, 2007

SO ORDERED:

_____
Colleen McMahon, U.S.D.J.